IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WALTER PENN,                           : CIVIL ACTION NO. 1:CV-00-0771
                                       :
         Plaintiff                     :
                                       :
    v.                                 :
                                       :
BEN E. VARNER, ET AL.,                 : (Judge Rambo)
                                       :
         Defendants                    :

FILED
HARRISBURG, PA

MAY-0 8 2000

MARY E. D'ANDREA, CLERK
Per _____
   Deputy Clerk

## ORDER

AND NOW, IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion to proceed *in forma pauperis* is construed as a motion to proceed without full prepayment of fees and costs and the motion is granted.[1]

2. The United States Marshal is directed to serve Plaintiff's complaint on the Defendants named therein.

_____
SYLVIA H. RAMBO,
United States District Judge

Dated: May  8 , 2000

SR:jvw

---

[1]. Penn completed this court's form application to proceed *in forma pauperis* and authorization to have funds deducted from his prison account. The court then issued an Administrative Order directing the warden at his present place of confinement to commence deducting the full filing fee from Plaintiff's prison trust fund account.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

May 9, 2000

Re:   1:00-cv-00771    Penn v. Varner

True and correct copies of the attached were mailed by the clerk to the following:

    Walter Penn
    SCI-D
    SCI at Dallas
    AP-9156
    Drawer K - Follies Rd.
    Dallas, PA   18612-0286

cc:
Judge                           ( )
Magistrate Judge                ( )
U.S. Marshal                    ( )
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  (X)  with N/C attached to complt. and served by:
                                     U.S. Marshal (X)    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( )  with Petition attached & mailed certified mail
                                     to:  US Atty Gen  ( )    PA Atty Gen ( )
                                          DA of County ( )    Respondents ( )
Bankruptcy Court                ( )
Other_____    ( )

                                                  MARY E. D'ANDREA, Clerk

DATE: ___5/9/00___                    BY: _____
                                           Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

May 8, 2000

Re:  1:00-cv-00771    Penn v. Varner

True and correct copies of the attached were mailed by the clerk to the following:

Walter Penn
SCI-D
SCI at Dallas
AP-9156
Drawer K - Follies Rd.
Dallas, PA  18612-0286

cc:
Judge                              (✓)
Magistrate Judge                   ( )
U.S. Marshal                       ( )
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     ( ) with N/C attached to complt. and served by:
                                       U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5                ( )
Order to Show Cause                ( ) with Petition attached & mailed certified mail
                                       to:  US Atty Gen   ( )   PA Atty Gen ( )
                                            DA of County  ( )   Respondents ( )
Bankruptcy Court                   ( )
Other_____    ( )

MARY E. D'ANDREA, Clerk

DATE: 5/8/00                                      BY: _____
                                                      Deputy Clerk