WAIVER OF SERVICE OF SUMMONS

TO: __Walter Penn__
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of __PENN__ vs __VARNER__, which is case number __1:00 CV-00771__. in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __May 10, 2000__ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

__May 26, 2000__                    __/s/ Maryanne M. Lewis__
DATE                                 SIGNATURE

Printed/typed name:  Maryanne M. Lewis
Title if any:        Deputy Attorney General

Address of Person signing: Office of Attorney General
                           15th Flr., Strawberry Sq.
                           Harrisburg, PA  17120

Party you represent: Def. Varner, Burnett, Deitrich, Jones, Cebrick, Malloy, Sutliff, Horn, Long, Larkins

```
06/01/00                TRANSFER-ADJUSTMENT-FORFEITURE REPORT

TRNS-ADJ         DATE       FUND      CASE NO         DEF      AMOUNT              1
***************************************************************************************
                                      SCRANTON
80300192601.   05/31/00   6855XX    3:00-OP-1          1      -139.10
80300192602.   05/31/00   5100PL                       0        14.11
80300192603.   05/31/00   5100PL                       0         8.06
80300192604.   05/31/00   5100PL                       0         9.12
80300192605.   05/31/00   5100PL                       0        12.78
80300192606.   05/31/00   0869PL                       0        11.68
80300192607.   05/31/00   5100PL                       0         8.45
80300192608.   05/31/00   5100PL                       0        16.11
80300192609.   05/31/00   0869PL                       0         2.14
80300192610.   05/31/00   0869PL                       0         2.88
80300192611.   05/31/00   5100PL                       0        10.00
80300192612.   05/31/00   5100PL                       0        43.77
80300192701.   05/31/00   6855XX    3:00-OP-1          1      -225.47
80300192702.   05/31/00   0869PL                       0        21.19
80300192703.   05/31/00   0869PL                       0         5.66
80300192704.   05/31/00   0869PL                       0        17.28
80300192705.   05/31/00   5100PL                       0        30.92
80300192706.   05/31/00   0869PL                       0        25.16
80300192707.   05/31/00   0869PL                       0        24.40
80300192708.   05/31/00   0869PL                       0        12.11
80300192709.   05/31/00   0869PL                       0         5.37
80300192710.   05/31/00   0869PL                       0        28.18
80300192711.   05/31/00   5100PL                       0         7.36
80300192712.   05/31/00   5100PL                       0        18.02
80300192713.   05/31/00   5100PL                       0        11.87
80300192714.   05/31/00   5100PL                       0         3.27
80300192715.   05/31/00   5100PL                       0         7.00
80300192716.   05/31/00   5100PL                       0         7.68

                                                DIVISION TOTAL   0.00
```

Handwritten annotations: "8 6/9/13 FM 3" ; "Rawls" ; "T1927-11  $7.36  1:00-771  PENN"

FILED SCRANTON JUN 07 2000 PER _____ DEPUTY CLERK