JUDGE'S COPY

⑨
copy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WALTER PENN,                          :
                                      :
          Plaintiff                   :
                                      :
     v.                               :     No. 1:CV-00-0771
                                      :     (Judge Rambo)
BEN E. VARNER, et al.,                :
                                      :
          Defendants                  :

FILED
HARRISBURG. PA

JUL  3 2000

MARY E. D'ANDREA, CLERK
Per _____
          Deputy Clerk

### DEFENDANTS' MOTION TO
### DISMISS THE COMPLAINT

Defendants, **Ben Varner, David Larkins, Kenneth Burnett, Hensyl Dietterick, Robert Long, David CeBrick, Ned Sutliff, Bonita Malloy, Donald Jones, and Martin Horn,** by their attorneys, hereby move the Court, pursuant to Fed.R.Civ.P. 12(b)(6) to dismiss Complaint for failure to state a claim upon which relief can be granted.

A supporting brief is being filed concurrently with this motion.

**WHEREFORE,** the Complaint should be dismissed against the defendants.

Respectfully submitted,

**D. MICHAEL FISHER**
**Attorney General**

By: _____
**MARYANNE MUELLER LEWIS**
**Deputy Attorney General**
**Attorney ID# 82813**

**SUSAN J. FORNEY**
**Chief Deputy Attorney General**

**Office of Attorney General**
**15th Floor, Strawberry Square**
**Harrisburg, PA 17120**
**(717) 787-9719**
**(717) 772-4526 FAX**
**mlewis@attorneygeneral.gov**
**DATE:   July 3, 2000**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WALTER PENN,                          :

          Plaintiff         :

                        :

          v.              :    No. 1:CV-00-0771
                        :    (Judge Rambo)

BEN E. VARNER, et al.,                :

          Defendants        :

### CERTIFICATE OF SERVICE

I, Maryanne M. Lewis, Deputy Attorney General, hereby certify that on this date I caused to be served the foregoing Defendants' Motion to Dismiss the Complaint, by depositing a copy of the same in the United States mail, postage prepaid, in Harrisburg, PA., addressed to the following:

Walter Penn, #AP-9156
SCI-Dallas
Drawer K
Dallas, PA 18612-0286

MARYANNE M. LEWIS
DEPUTY ATTORNEY GENERAL

DATE:   July 3, 2000