IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WALTER PENN, : CIVIL ACTION
    Plaintiff :
  :
v. : NO. 1:CV-00-0771
  :
BEN VARNER, et al., :
    Defendants : (JUDGE RAMBO)

(15)
8-15-00

FILED
HARRISBURG, PA
AUG 14 2000
MARY E. D'ANDREA, CLK
Per _____ Deputy Clerk

Re: Courts Order of August 2, 2000, in
The Above Captioned Case

Dear Judge Rambo:

    Your Honor, may it please the Court. In view of the deliberate _failure_ of prison officials to mail plaintiffs motions to the court, when turned over to them in a _timely-fashion_; and, the apparent _negligence_ of the district court clerk, to submit plaintiffs communications to the Court when they are received, plaintiff feels at this point in time, that he should correspond directly to the court.

    Your Honor, with all due respect to the court, plaintiff was shocked when he received the courts Order of August 2, 2000, stating that, "Plaintiffs-motion in opposition to Defendants' motion to dismiss the complaint, was long-overdue and that Plaintiff has filed no-motion for extention of time."

    Your Honor, with all due respect, plaintiff _humbly_ disagrees with the court. Please find enclosed herewith, Exhibit "C-1," which consist of: the DC-138A-Cashslip, Certified mail receipt and the Domestic return receipt received and signed by the Clerk of Court on July 27, 2000, six-day's after plaintiff mailed his motion for _enlargement of time_ on July 21, 2000, there is no reason why prison-officials didn't mail plaintiffs motion on July 22, 2000, and there is no reason why the district court clerk, did not submit plaintiffs motion to the court before August 2, 2000. Also enclosed herewith, are Exhibit-"C-2," which consist of: the DC-138A-Cashslip, Certified mail receipt and the Domestic return receipt, received and signed by the district court clerk on August 2, 2000, four-day's after plaintiff mailed his _motion in opposition_ to dismiss the complaint; and, the _same day_ the court issued its Order, again, there is no reason why the Clerk didn't submit Plaintiff motion in opposition to defendants' motion to dismiss the complaint, to the court.

(CONTINUED ON ATTACHED PAGE...)

(...CONTINUED)

Your Honor, the undue delay by prison officials in mailing plaintiffs motions to the court, is purposely calculated to cause the court to act in the exact manner, as demonstrated by the courts Order of August 2, 2000, i.e., a warning that the complaint will be dismissed due to the failure of the plaintiff to communicate with the court in a timely-fashion.

RESPECTFULLY SUBMITTED,

Walter Penn, Pro Se.

Dated: 8/10/2000

**Domestic Return Receipt (Certified Mail)**

- COMPLETE THIS SECTION: Items 1, 2, and 3. Also complete [if] Restricted Delivery is desired. [Print your] name and address on the reverse so [we] can return the card to you. [Attach this] card to the back of the mailpiece, [or on the fr]ont if space permits.

- Addressed to:
  [Clerk of] U.S. District Court
  [228 Waln]ut Street
  [P.O. Bo]x 983
  [Harrisbu]rg, PA 17108

  [In] Opposition to De-
  [fendants'] motion.  7/29/2000

- COMPLETE THIS SECTION ON DELIVERY
  A. Received by (Please Print Clearly): AUG 02 2000
  B. Date of Delivery: AUG 02 2000
  C. Signature: X [signature] — ☐ Agent ☐ Addressee
  D. Is delivery address different from item 1? ☐ No

- 3. Service Type: ☒ Certified Mail   ☐ Express Mail   ☐ Registered   ☒ Return Receipt for Merchandise   ☐ Insured Mail   ☐ C.O.D.
- 4. Restricted Delivery? (Extra Fee) ☐ Yes

- [Article Numbe]r (Copy from service label): 7099 3220 0007 2811 0476

PS Form [3811], July 1999 — Domestic Return Receipt — 102595-99-M-1789

**U.S. Postal Service CERTIFIED MAIL RECEIPT** (Domestic Mail Only; No Insurance Coverage Provided)

- Postmark: DALLAS, AUG 1, [2000]
- Postage: $
- Certified Fee:
- Return Receipt Fee (Endorsement Required):
- Restricted Delivery Fee (Endorsement Required):
- Total Postage & Fees: $ 5.85
- Article Sent To: Clerk of U.S. District Court
- Name (Please Print Clearly) (To be completed by mailer): Walter Penn, AP-9156, 7/29/2000
- Street, Apt. No.; or PO Box No.: 1000 Follies Road

7099 3220 0007 2811 0476

Exhibits - "C-2"

---

**DC-138A — CASH SLIP**

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS

1. REQUISITIONING INMATE: Walter Penn
   DATE: 7/29/2000
   INSTITUTIONAL NUMBER: AP-9156
   LOCATION: J-Blk.

2. RECEIVING INMATE:
   INSTITUTIONAL NUMBER:
   LOCATION:
   DATE:

3. ITEMS TO BE CHARGED TO MY ACCOUNT:
   Please deduct funds from my account to cover certified legal-mail, to the United States District Court for the Middle District. Send to:

   Clerk's Office
   U.S. District Court
   228 Walnut Street
   P.O. Box 983
   Harrisburg, PA 17108

4. INMATE'S SIGNATURE: [signature — Walter Penn]
   DATE: AUG 01 2000

5. OFFICIAL APPROVAL: [signatures]
   Inmate Signature Verified
   BOOKKEEPER: [signature]

6. BUSINESS OFFICE'S SPACE
   CHARGE ENTERED: $ 5.85

Exhibits - "C-2"

Exhibits-"C-1"

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Article Sent To: Clerk of U.S. District Court

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 3.42 |

7099-3220-0007-2811-0421

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    CLERK'S OFFICE
    U.S. DISTRICT COURT
    228 WALNUT STREET
    P.O. BOX 983
    HARRISBURG, PA 17108

    Re: Motion for Enlargement of Time. Filed July 21, 2000

2. Article Number (Copy from service label)
    7099-3220-0007-2811-0421

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery JUL 27 2000

C. Signature
   X [signature] ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☑ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

---

**DC-138A**
**CASH SLIP**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

1. REQUISITIONING INMATE: Walter Penn
   INSTITUTIONAL NUMBER: AP-9156    LOCATION: J-Blk. 83-Cell    DATE: 7/21/2000

2. RECEIVING INMATE
   INSTITUTIONAL NUMBER:    LOCATION:    DATE:

3. ITEMS TO BE CHARGED TO MY ACCOUNT

   Please deduct postage for certified mail and send to:

   Office of the Clerk
   United States District Court
   Middle District
   228 Walnut Street
   P.O. Box 983
   Harrisburg, PA 17108

   Please send immediately, deadline is Monday.
   Re: Motion for Enlargement of Time

4. INMATE'S SIGNATURE [signature]
5. OFFICIAL APPROVAL [signature] Signature Verified
6. BUSINESS OFFICE'S SPACE
   CHARGE ENTERED: $ 3.42   DATE: JUL 26 2000   BOOKKEEPER: [signature]

Exhibits-"C-1"