IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WALTER PENN,  :  CIVIL ACTION NO. 1:CV-00-0771
    Plaintiff  :
    v.  :
BEN E. VARNER, ET AL.,  :  (Judge Rambo)
    Defendants  :

FILED
HARRISBURG, PA
AUG 17 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

O R D E R

AND NOW, upon consideration of Plaintiff's motion for an enlargement of time in which to file an opposing brief to Defendants' motion to dismiss, said motion (Doc. 11) is hereby granted. Plaintiff's opposing brief submitted on August 2, 2000 is accepted as if timely filed.

_____
SYLVIA H. RAMBO
United States District Judge

Dated: August 17, 2000

SR:jvw

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

August 17, 2000

Re:  1:00-cv-00771    Penn v. Varner


True and correct copies of the attached were mailed by the clerk
to the following:


Walter Penn
SCI-D
SCI at Dallas
AP-9156
Drawer K - Follies Rd.
Dallas, PA  18612-0286

Maryanne M. Lewis, Esq.
Office of the Attorney General
15th Floor, Strawberry Square
Harrisburg, PA  17120


cc:
Judge                          (X )
Magistrate Judge               ( )
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen    ( )    PA Atty Gen ( )
                                        DA of County   ( )    Respondents ( )
Bankruptcy Court               ( )
Other__Jim VanWie_____        (X ) MARY E. D'ANDREA, Clerk

DATE: 8-17-00

BY: *[signature]*
Deputy Clerk