IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALTER PENN, Pro Se. | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | NO. 1: CV-00-0771 |
| BEN E. VARNER, Et Al., | : | |
| Defendants' | : | (Judge Rambo) |

FILED
HARRISBURG, PA
AUG 2 8 2000
MARY E. D'ANDREA, CLERK
PER_____
DEPUTY CLERK

PRSLC  Van Wie

## MOTION FOR ENLARGEMENT OF TIME

TO THE HONORABLE, SYLVIA H. RAMBO, JUDGE OF THE ABOVE SAID COURT:

Pursuant to Fed.R.Civ.P. 6,(b)(2); and "Local Rule 7.7," Plaintiff Pro Se., hereby moves the Court to grant him an "Enlargement of Time," from his present deadline of August 25,2000, to September 7,2000, within which to file responsive brief and exhibit's, to defendants' reply brief. In support of this instant action, the following is represented:

1. On August 12,2000, Plaintiff received "Defendants' Reply Brief" in response to Plaintiffs "Memorandum of Law, in Opposition to Defendants' Motion to Dismiss the Complaint."

2. Due to Plaintiffs condition of incarceration, he is unable to move freely from his cell to the Law-Library, to have copie's of Exhibit's produced; and to conduct Legal-Research, in order to file an adequate responsive brief to defendants' reply brief.

WHEREFORE, Plaintiff prays the Court to grant his "Motion For Enlargement-OF TIME." And he shall ever pray.

RESPECTFULLY SUBMITTED,

_Walter Penn_
Walter Penn, Pro Se.
#AP-9156
SCI-Dallas
1000 Follies Road
Dallas, PA. 18612-0286

DATED: 8/23/2000

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
AUG 28 2000
MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

WALTER PENN, Pro Se., : CIVIL ACTION
    Plaintiff :
v. : NO. 1: CV-00-0771
BEN E. VARNER, Et Al., :
    Defendants' : (Judge Rambo) PRSLC Van Wie

## MOTION FOR ENLARGEMENT OF TIME

TO THE HONORABLE, SYLVIA H. RAMBO, JUDGE OF THE ABOVE SAID COURT:

    Pursuant to Fed.R.Civ.P. 6,(b)(2); and "Local Rule 7.7," Plaintiff Pro Se., hereby moves the Court to grant him an "Enlargement of Time," from his present deadline of August 25, 2000, to September 7, 2000, within which to file responsive brief and exhibit's, to defendants' reply brief. In support of this instant action, the following is represented:

1. On August 12, 2000, Plaintiff received "Defendants' Reply Brief" in response to Plaintiffs "Memorandum of Law, in Opposition to Defendants' Motion to Dismiss the Complaint."

2. Due to Plaintiffs condition of incarceration, he is unable to move freely from his cell to the Law-Library, to have copie's of Exhibit's produced; and to conduct Legal-Research, in order to file an adequate responsive brief to defendants' reply brief.

    WHEREFORE, Plaintiff prays the Court to grant his "Motion For Enlargement-OF TIME." And he shall ever pray.

RESPECTFULLY SUBMITTED,
Walter Penn, Pro Se.
#AP-9156
SCI-Dallas
1000 Follies Road
Dallas, PA. 18612-0286

DATED: 8/23/2000