IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALTER PENN, | : | CIVIL ACTION NO. 1:CV-00-0771 |
| Plaintiff | : | |
| v. | : | |
| BEN E. VARNER, ET AL., | : | (Judge Rambo) |
| Defendants | : | |

FILED
HARRISBURG, PA
SEP 0 5 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

O R D E R

On August 28, 2000, Plaintiff Walter Penn submitted a motion requesting an enlargement of time (Doc. 17) to submit a response and exhibits to a reply brief filed by the Defendants in support of their motion to dismiss. Although the Plaintiff cannot, as a matter of right, submit a response to a reply brief, in light of his pro se status he will be granted permission to do so.

**IT IS HEREBY ORDERED THAT** on or before September 15, 2000, Penn may file and serve a response and exhibits in opposition to Defendants' reply brief. No further briefing or submissions will be permitted with regards to the pending motion to dismiss.

SYLVIA H. RAMBO
United States District Judge

Dated: September 5, 2000.

SR:jvw

```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                    MIDDLE DISTRICT OF PENNSYLVANIA

                   * * MAILING CERTIFICATE OF CLERK * *

                          September 5, 2000


Re:  1:00-cv-00771    Penn v. Varner



True and correct copies of the attached were mailed by the clerk
to the following:


     Walter Penn
     SCI-D
     SCI at Dallas
     AP-9156
     Drawer K - Follies Rd.
     Dallas, PA  18612-0286

     Maryanne M. Lewis, Esq.
     Office of the Attorney General
     15th Floor, Strawberry Square
     Harrisburg, PA  17120
```

```
cc:
Judge                          ( ✓ )
Magistrate Judge               (   )
U.S. Marshal                   (   )
Probation                      (   )
U.S. Attorney                  (   )
Atty. for Deft.                (   )
Defendant                      (   )
Warden                         (   )
Bureau of Prisons              (   )
Ct Reporter                    (   )
Ctroom Deputy                  (   )
Orig-Security                  (   )
Federal Public Defender        (   )
Summons Issued                 (   ) with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5            (   )
Order to Show Cause            (   ) with Petition attached & mailed certified mail
                                     to:  US Atty Gen   ( )    PA Atty Gen    ( )
                                          DA of County  ( )    Respondents    ( )

Bankruptcy Court               (   )
Other_____       (   )
                                                    MARY E. D'ANDREA, Clerk
```

DATE: 9/5/00

BY: _____
     Deputy Clerk