```
11/07/00              TRANSFER-ADJUSTMENT-FORFEITURE REPORT                              1
TRNS-ADJ       DATE       FUND       CASE NO         DEF              AMOUNT
***************************************************************************************
                                     SCRANTON
8030020 7001.  11/06/00   6855XX     3:00-OP-1        1               -36.17
8030020 7002.  11/06/00   5100PL                      0                 4.00
8030020 7003.  11/06/00   0869PL                      0                 1.35
8030020 7004.  11/06/00   5100PL                      0                 3.44
8030020 7005.  11/06/00   5100PL                      0                 5.00
8030020 7006.  11/06/00   5100PL                      0                13.38
8030020 7007.  11/06/00   5100PL                      0                 9.00
8030020 7101.  11/06/00   6855XX     3:00-OP-1        1               -50.50
8030020 7102.  11/06/00   5100PL                      0                 2.88
8030020 7103.  11/06/00   5100PL                      0                 2.88
8030020 7104.  11/06/00   5100PL                      0                 2.88
8030020 7105.  11/06/00   5100PL                      0                 6.30
8030020 7106.  11/06/00   0869PL                      0                16.68
8030020 7107.  11/06/00   5100PL                      0                 4.18
8030020 7108.  11/06/00   0869PL                      0                 7.79
8030020 7109.  11/06/00   5100PL                      0                 4.03
8030020 7110.  11/06/00   5100PL                      0               -18.04
8030020 7201.  11/06/00   0869PL                      0                18.04
8030020 7202.  11/06/00   6855XX     3:00-OP-1        1               -53.52
8030020 7301.  11/06/00   0869PL                      0                36.07
8030020 7302.  11/06/00   5100PL                      0                 8.57
8030020 7303.  11/06/00   0869PL                      0                 8.88
8030020 7304.  11/06/00   5100PL                      0

                                                  DIVISION TOTAL       0.00
```

T2071-5    92.88    1:00-771   Penn

[Handwritten: Paul Miller Ramse]

FILED
SCRANTON
NOV 07 2000
PER ____ DEPUTY CLERK