NUMBER HP9156

Mon Jan 29 13:22:46 2001

UNITED STATES DISTRICT COURT

SCRANTON     , PA

Receipt No.   333 82469
Cashier       rich

Tender Type  CHECK

Check Number: 16129

Transaction Type   AR

DØ Code    Div No    Acct
4667         3       5100PL

Amount            $    5.77

WALTER PENN   SCI  DALLAS,PA  18612

PARTIAL FILING FEE – CV-00-0771

bn
Mon Jan 29 13:22:46 2001

Check No. 16129
Amount$    5.77
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667

to: U.S. District Court
P.O. Box 1148
Scranton, Pa

nth when account exceeds 10.00 #16129
Other

| (−) PAYMENT | BALANCE DUE | BATCH # |
|---|---|---|
| — | 150.00 | |
| 7.36 | 142.64 | 3572 |
| 2.88 | 139.76 | 4368 |
| 5.14 | 134.62 | 4502 |
| 5.98 | 128.64 | 4670 |
| 5.77 | 122.87 | |

FILED
SCRANTON PA

FEB – 6 2001

PER
DEPUTY CLERK