NUMBER AP9156

to: U.S. District Court
P.O. Box 1148
Scranton, Pa

Thu Jan 25 10:42:50 2001

UNITED STATES DISTRICT COURT

SCRANTON      , PA

Receipt No. 333 82423
Cashier      tanya

Tender Type  CHECK

Check Number: 15927

Transaction Type  AR

DO Code   Div No    Acct
4667      3         5100PL

Amount        $     5.98

SCI DALLAS DALLAS, PA 18612

PARTIAL FILING FEE 00-CV-771 PENN

nth when account exceeds 10.00.
_____ Other _____

| (-) PAYMENT | BALANCE DUE | BATCH # |
|-------------|-------------|---------|
|             | 150.00      |         |
| 7.36        | 142.64      | 3572    |
| 2.88        | 139.76      | 4368    |
| 5.14        | 134.62      | 4502    |
| 5.98        | 128.64      | 4670    |

#15977

FEB - C 2001

PER
DEPUTY CLERK

cn
Thu Jan 25 10:42:50 2001

Check No. 15927
Amount$    5.98
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667