IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALTER PENN, | : CIVIL ACTION NO. 1:CV-00-0771 |
| Plaintiff | : |
| v. | : |
| BEN E. VARNER, et al., | : (Judge Rambo) |
| Defendants | : |

FILED
HARRISBURG, PA
FEB 2 0 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion to dismiss is **GRANTED**.

2. Plaintiff's complaint is dismissed without prejudice pursuant to 42 U.S.C. § 1997e(a).

3. The Clerk of Court shall close the file.

SYLVIA H. RAMBO
United States District Judge

Dated: February 20, 2001.

```
              UNITED STATES DISTRICT COURT
                       FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA

              * * MAILING CERTIFICATE OF CLERK * *

                    February 20, 2001


Re:  1:00-cv-00771    Penn v. Varner


True and correct copies of the attached were mailed by the clerk
to the following:


     Walter Penn
     SCI-D
     SCI at Dallas
     AP-9156
     Drawer K - Follies Rd.
     Dallas, PA  18612-0286

     Maryanne M. Lewis, Esq.
     Office of the Attorney General
     15th Floor, Strawberry Square
     Harrisburg, PA  17120




cc:
Judge                       (X )            (X ) Pro Se Law Clerk
Magistrate Judge            (  )            (  ) INS
U.S. Marshal                (  )            (  ) Jury Clerk
Probation                   (  )
U.S. Attorney               (  )
Atty. for Deft.             (  )
Defendant                   (  )
Warden                      (  )
Bureau of Prisons           (  )
Ct Reporter                 (  )
Ctroom Deputy               (  )
Orig-Security               (X )
Federal Public Defender     (  )
Summons Issued              (  )  with N/C attached to complt. and served by:
                                  U.S. Marshal (  )    Pltf's Attorney (  )
Standard Order 93-5         (  )
Order to Show Cause         (  )  with Petition attached & mailed certified mail
                                  to:  US Atty Gen   (  )    PA Atty Gen (  )
                                       DA of County  (  )    Respondents (  )
Bankruptcy Court            (  )
Other_____(  )
                                                MARY E. D'ANDREA, Clerk
```

DATE: February 20th, 2001                                         BY: _____
                                                                      Deputy Clerk