```
Thu Jan 10 15:00:24 2002

UNITED STATES DISTRICT COURT
       SCRANTON    , PA
Receipt No.  333 86519
Cashier         rich

Tender Type   CHECK

Check Number: 24454

Transaction Type   AR

DO Code   Div No     Acct
 4667       3       5100PL

Amount          $    6.92

SCI DALLAS, DALLAS PA 18612

PARTIAL FILING FEE 00-CV-771 WALTER
PENN
```

1:00CV0771

(31)
(M)
1-17-02

TERMED
60 day held
2-22-01

1:00CV0771