```
Fri Feb 22 13:27:13 2002

UNITED STATES DISTRICT COURT

SCRANTON         , PA

Receipt No.  333 87016
Cashier       rich

Tender Type  CHECK

Check Number: 25424

Transaction Type   AR

DØ Code    Div No    Acct
4667         3       5100PL

Amount          $    6.90

WALTER PENN  SCI  DALLAS,PA  18612

PARTIAL FILING FEE - CV-00-771


cn
Fri Feb 22 13:27:13 2002

Check No. 25424
Amount:      6.90
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```

(32)
km
2/25/02

1:00 CV 771
Termed - 60 day hold

AP 9156 WALTER PENN
PHILA PHOTO # 010 # 390 268
SOC SEC # 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
STATE ID 0753947 6
PAROLE # 90036