```
Wed Apr  3 10:41:30 2002

UNITED STATES DISTRICT COURT
SCRANTON      , PA

Receipt No.   333 87513
Cashier       tanya

Tender Type  /CHECK

Check Number: 26506

Transaction Type  AR

D0 Code    Div No     Acct
 4667        3       0869PL

Amount              $    6.56

SCI DALLAS DALLAS, PA 18612

PARTIAL FILING FEE 00-CV-771 WALTER
PENN
```

**FILED**
**SCRANTON**

APR 0 3 2002

PER _____
DEPUTY CLERK

```
Check No. 26506
Amount$  6.56
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```

00-771

Termed — 60 day hold  (34)

Km 4/3/02