00-0771

(36)

Ⓜ
7/10/02

```
Mon Jul  8 14:42:27 2002

UNITED STATES DISTRICT COURT
SCRANTON       , PA

Receipt No.   333 88693
Cashier       tanya

Tender Type  CHECK

Check Number: 28787

Transaction Type   AR

DO Code    Div No    Acct
4667        3       0869PL

Amount              $    7.68

SCI DALLAS DALLAS, PA 18612

PARTIAL FILING FEE 00-CV-771 WALTER
PENN
```

**FILED**
**SCRANTON**

**JUL - 8 2002**

PER _____
DEPUTY CLERK

1:00CV771

```
Check No. 28787
Amount      7.68
May any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```