

1:00CV771   (37)
Terned – CFR
Km
8/2/02

```
Thu Aug  1 15:15:43 2002

     UNITED STATES DISTRICT COURT

        SCRANTON       , PA

Receipt No.   333 88997
Cashier       rich

Tender Type   CHECK

Check Number: 29476

Transaction Type   AR

DO Code    Div No    Acct
 4667        3      5100PL

Amount        $      6.90

WALTER PENN  SCI  DALLAS,PA 18612

PARTIAL FF = 00-0771



Thu Aug  1 15:15:43 PDW:

Check No. 29476
Amount$    6.90
Pay any Federal Reserve Bank or
General Depository for credit to
```

AP9156 WALTER PENN

PHILA PHOTO # 390368

SOC. SEC# 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

STATE ID# 0753947 9

PAROLE # 5003 G