00-771

38
JM
9/9/02

Thu Sep 5 15:26:56 2002

UNITED STATES DISTRICT COURT

SCRANTON , PA

Receipt No. 333 89376
Cashier     tanya

Tender Type CHECK

Check Number: 30198

Transaction Type  AR

DØ Code   Div No    Acct
4667      3         0869PL

Amount           $    7.91

SCI DALLAS DALLAS, PA 18612

PARTIAL FILING FEE 00-CV-771 WALTER
PENN

FILED
SCRANTON

SEP 05 2002

PER
DEPUTY CLERK

cn

Thu Sep 5 15:26:56 2002

Check No. 30198
Amount$   7.91
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667

1:00CV0771

TERMED