General Depository for credit to
United States Treasury Symbol 4667

Thu Oct 10 10:13:13 2002

UNITED STATES DISTRICT COURT

SCRANTON    , PA

Receipt No.    133 89779
Cashier        gina

Tender Type    CHECK

Check Number: 30782

Transaction Type    OR

| DB Code | Div No | Acct |
|---------|--------|------|
| 4667    | 3      | 0869PL |

Amount            $    1.92

SCI, DALLAS, PA 18612-0286

*PART FF 00-0771   PENN

1:00CU771
Termed - CFR    (39)
                Km
                10/11/02

FILED
SCRANTON

OCT 10 2002

Per_____
DEPUTY CLERK